**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

**CIVIL ACTION NO.: 1:26-cv-10138-BEM**

|  |  |
|---|---|
| **RAFIK CHAIB and ZACKARY CHAIB,** **a minor, by and through his mother,** **SOUAD CHAIB,** <br><br> **Plaintiffs,** <br><br> v. <br><br><br> **SOUTHERN AIRWAYS EXPRESS LLC** **and UNITED AIRLINES, INC.,** <br><br> **Defendants.** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**PLAINTIFFS' NOTICE OF DISMISSAL OF THE**
**DEFENDANT, UNITED AIRLINES, INC.**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the plaintiffs dismiss United Airlines, Inc. with prejudice, each party to bear their own costs and expenses.

By their attorneys,

*/s/ Joseph P. Musacchio*
Joseph P. Musacchio, BBO #365270
jmusacchio@kreindler.com
KREINDLER & KREINDLER LLP
855 Boylston Street
Boston, MA  02116
Phone: 617-424-9100
Fax:    617-424-9120

*/s/ Jason L. Vincent*
Jason L. Vincent
jvincent@kreindler.com
*Pending admission pro hac vice*
KREINDLER & KREINDLER LLP
485 Lexington Avenue, 28th Floor

1

New York, NY  10071
(212) 687-8181

## CERTIFICATE OF SERVICE

I, Joseph P. Musacchio, certifies that on April 10, 2026, this stipulation was served on all parties to this action through this Court ECF filing system.

*/s/ Joseph P. Musacchio*
Joseph P. Musacchio